No. 6,703.—In Re Application of HAZEL BOURQUIN for a Writ of Habeas Corpus.

Decided July 29, 1930.

PER CURIAM.—This proceeding having, in effect, been determined by the action of the court in cause No. 6,718, en-

614

titled *Ex parte Bourquin* (see ante, p. 118, 290 Pac. 250), it is ordered dismissed.

*Mr. J. F. Sullivan,* for Petitioner.